

ALOIS VICHEREK, as President of the Czechoslovak Red Cross, an Unincorporated Association, Appellant, v. JAN PAPANEK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ. [See *ante*, p. 498.]

GEORGE LAMMIE v. HERMAN M. LEHRER.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 877.]

LEWIS S. FLAGG, JR., Respondent, v. D. WARD NICHOLS, Individually and as Bishop of the First Episcopal District of the African Methodist Episcopal Church and as Presiding Officer of Each of the Conferences Comprised Thereunder, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 966.]

C. CLARENCE KASKEL v. VINCENT R. IMPELLITTERI et al., Constituting the Board of Estimate of the City of New York, et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan JJ. [See *ante*, p. 962.]

ROY NEWITT, Appellant, v. ELIZABETH NEWITT, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. This appeal has been considered and decided in connection with the appeal in *Newitt* v. *Newitt* (282 App. Div. 81). Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ. [Order granted counsel fees to defendant.]

ROY NEWITT, Appellant, v. ELIZABETH NEWITT, Respondent.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ. [Order denied plaintiff's motion for reargument.]

(May 13, 1953.)

In the Matter of the Arbitration between ASSOCIATED METALS AND MINERALS CORPORATION, Respondent, and YUSEK MADEN MUHENDISI HAYRI OGELMAN MADEN ISLETMELERI et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.